**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**
**CASE NO. _____**

GEICO SECURE A/S/O CHRIS YOCUM,

      Plaintiff,

  vs.

UNITED STATES OF AMERICA,

      Defendant.

## COMPLAINT FOR DAMAGES AND JURY TRIAL UNDER THE FEDERAL TORT CLAIMS ACT

The Plaintiff, GEICO Secure, brings this Complaint against the Defendant, United States of America, stating as follows:

### INTRODUCTION

1. This is an action against the Defendant, United States of America under the Federal Tort Claims Act for negligence in connection with a motor vehicle accident caused by an employee of the Federal Bureau of Investigation.

### PARTIES

2. The Plaintiff, GEICO Secure is the subrogee of its insured Chris Yocum (hereinafter 'Insured').

3. GEICO Secure is a duly organized corporation doing business within the State of New Hampshire.

4. The employee of the Federal Bureau of Investigation, Tyler Delorme, is a resident of the State of New Hampshire.

5. The Federal Bureau of Investigation has a usual place of business located in Bedford New Hampshire.

6. At all times material hereto and in particular on or about November 21, 2023, Chris Yocum, was a resident of the State of New Hampshire and owned an automobile and maintained a contract of automobile insurance with the Plaintiff for that automobile.

## COUNT ONE

7. The Plaintiff hereby realleges and reavers each and every allegation contained in paragraphs 1 through 6 as if specifically set forth herein.

8. On or about November 21, 2023, the Plaintiff's insured, Chris Yocum, was operating a motor vehicle in the exercise of due care at or near Route 93 South near Dascomb Road in Andover, Massachusetts, when the Defendant's employee Tyler Delorme, while operating a vehicle registered to the Federal Bureau of Investigation carelessly and/or negligently operated that motor vehicle so as to strike and damage the Insured's vehicle.

9. As a result of such collision, the Insured suffered injuries, incurring medical expenses and / or property damage expenses, which were all the direct and proximate cause of the negligent operation of a vehicle owned by Defendant as referenced above.

10. At the time of such operation of the Defendant's motor vehicle, the driver was an employee of the Defendant, and at the time of such negligent operation, was conducting the business of the Defendant.  As a result of the above, the Defendant is liable to the Plaintiff pursuant to statutory law since the said Defendant was the owner of the vehicle operated by the said employee.

11. As a result, in accordance with the terms and conditions of the contract of insurance, the Plaintiff made payment to or on behalf of its insured in the amount of $33,335.23 for property damage expense suffered as a result of the accident. The Plaintiff now stands subrogated to the rights and causes of the action to the extent of said payments.

12. A subrogation request was filed on or about July 25, 2025 with the Defendant. Written denial of that claim was received on or about February 5, 2026.

WHEREFORD, Plaintiff, GEICO Secure demands judgment in the amount of $33,335.23, along with any other relief that this Honorable Court deems necessary and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff, GEICO Secure, hereby demands a trial by jury as to each and every allegation and issue, defense, counterclaim, and/or crossclaim.

Respectfully submitted,
The Plaintiff,
By its attorney,


  /s/ Daniel Orroth

_____
Daniel J. Orroth, Esq. # 19655
Law Office of Daniel J. Orroth
25 Indian Rock Road, Suite 27
Windham, New Hampshire 03087
603-964-1742
DOrroth@geico.com

Date: May 15, 2026